UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

In re:

SHARON J. COBHAM
      Debtor,

-----------------------------------------------------------

NICOLE LECANN and JOINT ENTITIES, LLC,

      Plaintiffs - Appellees,

v.

SHARON J. COBHAM,

      Defendant - Appellant.

**JUDGMENT**
No. 5:15-CV-137-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal by Sharon J. Cobham, debtor, from an order of the United States Bankruptcy Court dated March 18, 2015.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 7, 2015, and for the reasons set forth more specifically therein, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on December 7, 2015, and Copies To:**

Erik Mosby Harvey (via CM/ECF Notice of Electronic Filing)
Joshua H. Bennett (via CM/ECF Notice of Electronic Filing)
Jason L. Hendren (via CM/ECF Notice of Electronic Filing)
Rebecca F. Redwine (via CM/ECF Notice of Electronic Filing)
Robert E. Fields, III (via CM/ECF Notice of Electronic Filing)
Samuel Pinero, II (via CM/ECF Notice of Electronic Filing)

December 7, 2015          JULIE RICHARDS JOHNSTON, CLERK
                                      /s/ Susan W. Tripp
                                      (By) Susan W. Tripp, Deputy Clerk